

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

February 15, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2022
```

The Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Tavarez-Vargas v. Therabox, Inc.*; Case No. 1:21-cv-10001-AJN-KHP

Dear Judge Parker:

We represent plaintiff Carmen Tavarez-Vargas ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for February 23, 2022, at 10:15 a.m. The parties request this adjournment since Defendant's answer was due on February 1, 2022, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a certificate of Default as to Defendant, *Therabox, Inc,* and to file a Motion for Default Judgment in accordance with the Court's individual rules. This is Plaintiff's first request for such extension.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc: All Counsel of Record (via ECF)

---

Plaintiff's request is GRANTED. Plaintiff shall file its motion for default judgment by March 18, 2022.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

2/16/2022