```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/14/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CARMEN TARVAREZ-VARGAS, individually and as the representative of a class of similarly situated persons ,

                           Plaintiff,                          21-CV-10001 (AT) (KHP)

      -against-                                 **ORDER ADJOURNING CASE**
                                                    **MANAGEMENT CONFERENCE**

THERABOX, INC.,

                           Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Notice of Voluntary Dismissal filed on July 13, 2022 (doc. no 34) the Case Management Conference currently scheduled for **July 14, 2022** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
               July 14, 2022

*[Signature: Katharine H. Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge